361 F.2d 218
 In the Matter of A. SELTZER & CO., Inc., Crane-Gallo Artist
Suppliers, Inc., M. M. Michaels, Inc., Plaza
Artist Materials, Inc., Irving Berlin,
Inc., Plaintiffs-Appellants,
v.
David LIVINGSTON, as President of District 65, RWDSU,
AFL-CIO, an unincorporated Association of more
than seven members, the 'Union,'
Defendant-Appellee.
 No. 409, Docket 30400.
 United States Court of Appeals Second Circuit.
 Submitted April 14, 1966.
Decided April 20, 1966.
 
 Herbert A. Lien, New York City, for plaintiffs-appellants.
 Eugene G. Eisner, New York City, for defendant-appellee.
 Before LUMBARD, Chief Judge, and WATERMAN and ANDERSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the dismissal of plaintiffs' complaint seeking to stay arbitration for the reasons stated in Judge McLean's Opinion below, 253 F.Supp. 509.